# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA ALVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-01708-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 15) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to September 23, 2016 to respond to Plaintiff's opening brief.  The current due date is August 19, 2016.  This is Defendant's first request for an extension of time.  Defendant respectfully requests this additional time due to a heavy workload.  Defendant's counsel is working on an appellate brief, and giving an office training this month.  In addition, Defendant's counsel is responsible for managing and briefing fifty-five other matters pending before the District Courts.

This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: August 18, 2016 */s/ Harvey P. Sackett by Chantal R. Jenkins\**
HARVEY P. SACKETT
As authorized *via* email on August 18, 2016
Attorney for Plaintiff

Dated: August 18, 2016 PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: **August 19, 2016**

UNITED STATES MAGISTRATE JUDGE

2