# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA ALVAREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:15-cv-01708-SAB<br><br>ORDER RE STIPULATION TO AWARD PLAINTIFF ATTORNEY FEES<br><br>(ECF No. 21) |

On February 24, 2017, an order issued granting in part Plaintiff's appeal from the final decision of the commissioner of Social Security. On May 19, 2017, the parties filed a stipulation to award attorney fees under the Equal Access to Justice Act.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED attorney fees in the amount of $7,800.00 are awarded in this action subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: __**May 19, 2017**__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1